**FILED**
**March 31, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Roger Alan Smith
_____
Plaintiff's Name and ID Number    Pro-Se

Taylor Co. Jail
_____
Place of Confinement

CASE NO._____
(Clerk will assign the number)

**1-23 CV-0066H**

v.

Att at Law Lynn Ingalsbe
_____
Defendant's Name and Address

~~Att At Law Jacob Blizzard~~ omit
_____
Defendant's Name and Address

~~Brad Caskey~~ omit
_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: 9-9-19

        2.  Parties to previous lawsuit:

            Plaintiff(s) Roger Smith

            Defendant(s) Steve Rogers, State Of Texas, TDCJ Director, APDPUS, Danny Jimenez

        3.  Court: (If federal, name the district; if state, name the county.) Northern Dist. CT Abilene Div. U.S.

        4.  Cause number: 1:19-CV-00191-C

        5.  Name of judge to whom case was assigned: The Honorable Sam R. Cummings Sr. Dist. Judge

        6.  Disposition: (Was the case dismissed, appealed, still pending?) Dismissed

        7.  Approximate date of disposition: _____

II.    PLACE OF PRESENT CONFINEMENT: _Taylor Co Jail_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ___YES  ✓NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.  Name and address of plaintiff: _Roger Smith 910 So 27th St Abilene, Texas. 79602_

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Att at Law Lynn Ingolsbe 1065 So 3rd Abilene, Tex 79602_
_Before Completion of representation he was replaced._

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Without reimbursement of ~~that~~ financial Obligation he refused to return fees_

Defendant #2: _Att at Law Jacob B̶l̶i̶z̶z̶a̶rd̶_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _B̶r̶a̶d̶l̶e̶y̶ C̶a̶s̶k̶e̶y̶_    omit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _Bradley Hambright is Supposed Whitness on_    omit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how each defendant is involved.  You need not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Lynn Ingalsbe was hired to Represent me in Early 2019 in the 259th District Court of Jones County in Cause no's 011709, 011710, 011711. Lynn filed a Motion to Quash Indictments that was Denied. Lynn was Replaced by Jacob Blizzard within a Year After that or before 2021. I did request Partial Payment of fees unused to Mr. Ingalsbe with no Reply, He Made Several Trips to Anson After him Refusing So many Times to Communicate he was Replaced, He reflected No Concern, Taylor County D.A. Had Rejected All My Chrgs' And Jones Co. D.A. Reflected to Me to be Violating the Fruits of The illegal Arrest And the Exclussionary Rule by Use of Video of P.O's And there for, Also Committed A Franks Claim Since They had No Probable Cause The Same Requirements of A Magistinite. He Seemed to Loose Interest.

VI.    RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

I'm Only Requesting UnUsed Portion of the $7,500.00 Paid to him ~~or I will Except his Representation - please cease~~ for reimburcment.

VII.   GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

None

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

586195, 644138

VIII.  SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?    _____YES  ✓NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.   Court that imposed sanctions (if federal, give the district and division):_____ nA

2.   Case number:_____ nA

3.   Approximate date sanctions were imposed: nA

4.   Have the sanctions been lifted or otherwise satisfied?    nA                _____YES _____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?     ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): *N.D.C. Abilene D.v.*

2. Case number: *1:19-cv-00191-C*

3. Approximate date warning was issued: *2021*

Executed on: *3-30-23*
           DATE

*Roger Smith 24963*
*Roger Smith Pro-Se*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ *30*ᵗʰ day of _____ *March* _____, 20 *23* .
           (Day)                    (month)                (year)

*Roger Smith Pro-Se*
*Roger Smith 24963*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

*If Request is Granted Court Cost of Informa Papers in Other Cases Can be Paid And if Granted Request for CT. Appont. Attorney in 1:22-CU-00152-C fees Can be Applyed to That.*

1 Previous Law Suits
  A Any other law Suits filed          yes ✓ No ____
  B

    1 Approx date of filing lawsuit   2-4-21
    2 Parties to Law suit: Roger Smith Plaintiff
    Defendant Lynn Ingalsbe
    3 Court: Northern Dist. CT, Abilene Division
    4 Cause no 1:21-CV-00044 C
    5 Judge Assigned: The Honorable Sam R. Cummings Sr. Dist. Judge
    6 Dispossition: Dismissed by Plaintiff
    7 Approx Date of Disposition. Aug. 2021 ?

    Records were lost. Its Not Certain to Plaintiff if
Other Civil Actions were filed Plaintffs mental CAPacity
is Stretched due to Not Goilty Status And inability to
Prove it Not being Schooled in law W/only 9th Grade
1980 GED And No Income Allowed from Excessive
Yrs. of False Imprisonment And So Many Const. R?S
Violations and over 27 yrs loss of liberty. With
  No Effective Assistance of Counsel What-so-Ever,
  Along With Seperation of Family And False
Documents of Birth Cert.s AS far back As 1982-83
And Crim. Chrg.s filed by Person Unknown who
Amounts to kidnapping Now over 40 yrs Ago.
   Courts have Not taken False Documents Printed
Against me & My Family Seriously. Bless the
Courts lord GOD And Open Their Eyes. W/Relief
     Prayer Ended

   Request for IFP Form to be Sent upon filing
of this Civil Action. Inmate Account Ballance Enclosed.



USA ★ FOREVER

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

Roger Smith 24963
910 So. 27th St
Abilene, Texas
79602

TAYLOR COUNTY
INMATE CORRESPONDENCE

Clerk
Northern Dist. Court
Abilene Division
Po Box 1218
Abilene, Texas 79601

RECEIVED

MAR 3 1 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

3-30-23