UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ROGER ALAN SMITH,
Institutional ID No. 24963
Previous TDCJ ID Nos. 586195,
644138

Plaintiff,

v.

No. 1:23-cv-00066-H

LYNN INGALSBE,

Defendant.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice as frivolous, for failure to state a claim, and for being time-barred.

Dated June 27, 2023.

JAMES WESLEY HENDRIX
United States District Judge